UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARLTON BRYAN LOEBER,<br><br>    Plaintiff,<br><br>  v.<br><br>AMEER ALGHUSAIN, et al.,<br><br>    Defendants. | Case No. 21-cv-00505-VKD<br><br>**ORDER FOR REASSIGNMENT TO A DISTRICT JUDGE** |

Defendant Ameer Alghusain has moved dismiss plaintiff Carlton Loeber's complaint. Dkt. No. 8. Although Mr. Alghusain has consented to proceed before a magistrate judge, Mr. Loeber has not. Additionally, several other defendants have not appeared and there is no indication that they have been served. Absent the consent of all parties, this Court does not have jurisdiction over this matter and must refer the case to a district judge. 28 U.S.C. § 636; *Williams v. King*, 875 F.3d 500 (9th Cir. 2017). Accordingly, it is ordered that this case be reassigned to a district judge. All pending motion hearings and scheduled appearances are hereby vacated and will be reset by the newly assigned judge.

**IT IS SO ORDERED.**

Dated: March 9, 2021

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge